IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      :    CASE NO. : 22-22317-GLT
CORI M. SHRADER                       :
            DEBTOR                    :    CHAPTER 13
                                      :
CORI M. SHRADER                       :
            MOVANT                    :
VS.                                   :    Related to Docket No. 14
                                      :
NO RESPONDENTS                        :

### ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES AND CHAPTER 13 PLAN

AND NOW, this _7th Day of December_, 2022, upon the Motion of the above named Debtor, praying for an extension of time within which to file her completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

ORDERED, ADJUDGED and DECREED that the time for the Debtor, Cori M. Shrader, to file her completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan be and is hereby extended to and including December 20, 2022.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Michael C. Eisen

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22317-GLT |
| Cori M. Shrader | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Dec 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

**Recip ID          Recipient Name and Address**
db              + Cori M. Shrader, 1365 Kinmount Street, Pittsburgh, PA 15205-3951

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:**

**Name              Email Address**

Brian Nicholas
                  on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com

Keri P. Ebeck
                  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Michael C. Eisen
                  on behalf of Debtor Cori M. Shrader attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 5