IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

IN RE:                              : CASE NO. 22-22317-GLT
                                    :
CORI M. SHRADER                     : CHAPTER 13
                                    :
        DEBTOR                      :
                                    :

PROOF OF INCOME

Filed on behalf of:
Cori M. Shrader

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

Speedway LLC   500 Speedway Drive Enon, OH 45323   +1 888-225-5735

| Name | Pay Rate/Type | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Cori Shrader | Salary | | | | 09/15/2022 | 09/21/2022 | 09/28/2022 | |

| | | | | Gross Pay | Employee Taxes | | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | | | 884.62 | 216.31 | | 37.60 | 630.71 |
| YTD | | | | 35,094.78 | 8,647.65 | | 1,463.45 | 24,983.68 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 353.86 | OASDI | 52.74 | 2,093.80 |
| Holiday Allowed | | | 0 | | 176.93 | Medicare | 12.33 | 489.68 |
| Lead Assistant Mgr Bonus | | | 0 | | 594.55 | Federal Withholding | 88.08 | 3,564.26 |
| Regular | 09/15/2022 - 09/21/2022 | 24.58 | 0 | 434.88 | 30,600.43 | State Tax - PA | 36.11 | 1,426.66 |
| Sick Pay | | | 0 | | 1,061.55 | SUI-Employee Paid - PA | 0.53 | 21.06 |
| Vacation | 09/15/2022 - 09/21/2022 | 25.42 | 17.6923 | 449.74 | 2,236.69 | City Tax - OAKMT | 25.52 | 1,013.19 |
| Vacation Carryover | | | 0 | | 70.77 | PA LST - OAKMT | 1.00 | 39.00 |
| Earnings | | | | 884.62 | 35,094.78 | Employee Taxes | 216.31 | 8,647.65 |

| Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Classic Health Plan | 30.00 | 1,167.62 |
| Dental | 3.00 | 116.62 |
| Long Term Disability | 3.58 | 139.62 |
| Vision | 1.02 | 39.59 |
| Deductions | 37.60 | 1,463.45 |

| Employer Paid Benefits & Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Classic Health ER Cont | 116.54 | 4,536.16 | OASDI - Taxable Wages | 850.60 | 33,770.95 |
| Dental PPO ER Con | 3.00 | 116.62 | Medicare - Taxable Wages | 850.60 | 33,770.95 |
| FUI (Federal) | 0.00 | 42.00 | Federal Withholding - Taxable Wages | 850.60 | 33,770.95 |
| Medicare (Federal) | 12.33 | 489.68 | State Tax Taxable Wages - PA | 850.60 | 33,770.95 |
| OASDI (Federal) | 52.74 | 2,093.80 | City Tax Taxable Wages - OAKMT | 850.60 | 33,770.95 |
| SUI - ER Paid (Pennsylvania) | 0.00 | 213.37 | | | |
| Employer Paid Benefits & Taxes | 184.61 | 7,491.63 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 10 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bancorp Bank | Chime | ******2673 | | 630.71 USD |

Speedway LLC    500 Speedway Drive Enon, OH 45323    +1 888-225-5735

| Name | Pay Rate Type | Employee # | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cori Shrader | Salary | 9 | 09/08/2022 | 09/14/2022 | 09/21/2022 | |

| | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 884.62 | 216.32 | 37.60 | 630.70 |
| YTD | 34,210.16 | 8,431.34 | 1,425.85 | 24,352.97 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 353.86 | OASDI | 52.74 | 2,041.06 |
| Holiday Allowed | | | 0 | | 176.93 | Medicare | 12.34 | 477.35 |
| Lead Assistant Mgr Bonus | | | 0 | | 594.55 | Federal Withholding | 88.08 | 3,476.18 |
| Regular | 09/08/2022 - 09/14/2022 | 20 | 0 | 353.85 | 30,165.55 | State Tax - PA | 36.11 | 1,390.55 |
| Sick Pay | | | 0 | | 1,061.55 | SUI-Employee Paid - PA | 0.53 | 20.53 |
| Vacation | 09/08/2022 - 09/14/2022 | 30 | 17.6923 | 530.77 | 1,786.95 | City Tax - OAKMT | 25.52 | 987.67 |
| Vacation Carryover | | | 0 | | 70.77 | PA LST - OAKMT | 1.00 | 38.00 |
| Earnings | | | | 884.62 | 34,210.16 | Employee Taxes | 216.32 | 8,431.34 |

| Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Classic Health Plan | 30.00 | 1,137.62 |
| Dental | 3.00 | 113.62 |
| Long Term Disability | 3.58 | 136.04 |
| Vision | 1.02 | 38.57 |
| Deductions | 37.60 | 1,425.85 |

| Employer Paid Benefits & Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Classic Health ER Cont | 116.54 | 4,419.62 | OASDI - Taxable Wages | 850.60 | 32,920.35 |
| Dental PPO ER Con | 3.00 | 113.62 | Medicare - Taxable Wages | 850.60 | 32,920.35 |
| FUI (Federal) | 0.00 | 42.00 | Federal Withholding - Taxable Wages | 850.60 | 32,920.35 |
| Medicare (Federal) | 12.34 | 477.35 | State Tax Taxable Wages - PA | 850.60 | 32,920.35 |
| OASDI (Federal) | 52.74 | 2,041.06 | City Tax Taxable Wages - OAKMT | 850.60 | 32,920.35 |
| SUI - ER Paid (Pennsylvania) | 0.00 | 213.37 | | | |
| Employer Paid Benefits & Taxes | 184.62 | 7,307.02 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 10 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bancorp Bank | Chime | ******2673 | | 630.70  USD |

Speedway LLC    500 Speedway Drive Enon, OH 45323    +1 888-225-5735

| Name | Pay Rate Type | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Cori Shrader | Salary | | | | 09/01/2022 | 09/07/2022 | 09/14/2022 | |

| | | | | Gross Pay | Employee Taxes | | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | | | 884.62 | 216.31 | | 37.60 | 630.71 |
| YTD | | | | 33,325.54 | 8,215.02 | | 1,388.25 | 23,722.27 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 353.86 | OASDI | 52.73 | 1,988.32 |
| Holiday Allowed | | | 0 | | 176.93 | Medicare | 12.33 | 465.01 |
| Lead Assistant Mgr Bonus | | | 0 | | 594.55 | Federal Withholding | 88.08 | 3,388.10 |
| Regular | 09/01/2022 - 09/07/2022 | 50 | 0 | 884.62 | 29,811.70 | State Tax - PA | 36.11 | 1,354.44 |
| Sick Pay | | | 0 | | 1,061.55 | SUI-Employee Paid - PA | 0.54 | 20.00 |
| Vacation | | | 0 | | 1,256.18 | City Tax - OAKMT | 25.52 | 962.15 |
| Vacation Carryover | | | 0 | | 70.77 | PA LST - OAKMT | 1.00 | 37.00 |
| Earnings | | | | 884.62 | 33,325.54 | Employee Taxes | 216.31 | 8,215.02 |

| Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Classic Health Plan | 30.00 | 1,107.62 |
| Dental | 3.00 | 110.62 |
| Long Term Disability | 3.58 | 132.46 |
| Vision | 1.02 | 37.55 |
| Deductions | 37.60 | 1,388.25 |

| Employer Paid Benefits & Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Classic Health ER Cont | 116.54 | 4,303.08 | OASDI - Taxable Wages | 850.60 | 32,069.75 |
| Dental PPO ER Con | 3.00 | 110.62 | Medicare - Taxable Wages | 850.60 | 32,069.75 |
| FUI (Federal) | 0.00 | 42.00 | Federal Withholding - Taxable Wages | 850.60 | 32,069.75 |
| Medicare (Federal) | 12.33 | 465.01 | State Tax Taxable Wages - PA | 850.60 | 32,069.75 |
| OASDI (Federal) | 52.73 | 1,988.32 | City Tax Taxable Wages - OAKMT | 850.60 | 32,069.75 |
| SUI - ER Paid (Pennsylvania) | 0.00 | 213.37 | | | |
| Employer Paid Benefits & Taxes | 184.60 | 7,122.40 | | | |

| | | Federal | | State |
|---|---|---|---|---|
| Marital Status | | Single | | |
| Allowances | | 0 | | 1 |
| Additional Withholding | | 0 | | 10 |

| | | Payment Information | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bancorp Bank | Chime | ******2673 | | 630.71  USD |

**Speedway LLC    500 Speedway Drive Enon, OH 45323    +1 888-225-5735**

| Name | Pay Rate Type | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cori Shrader | Salary | | 08/25/2022 | 08/31/2022 | 09/07/2022 | |

| | | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | | 884.62 | 216.32 | 37.60 | 630.70 |
| YTD | | 32,440.92 | 7,998.71 | 1,350.65 | 23,091.56 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 353.86 |
| Holiday Allowed | | | 0 | | 176.93 |
| Lead Assistant Mgr Bonus | | | 0 | | 594.55 |
| Regular | 08/25/2022 - 08/31/2022 | 50 | 0 | 884.62 | 28,927.08 |
| Sick Pay | | | 0 | | 1,061.55 |
| Vacation | | | 0 | | 1,256.18 |
| Vacation Carryover | | | 0 | | 70.77 |
| Earnings | | | | 884.62 | 32,440.92 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 52.74 | 1,935.59 |
| Medicare | 12.34 | 452.68 |
| Federal Withholding | 88.08 | 3,300.02 |
| State Tax - PA | 36.11 | 1,318.33 |
| SUI-Employee Paid - PA | 0.53 | 19.46 |
| City Tax - OAKMT | 25.52 | 936.63 |
| PA LST - OAKMT | 1.00 | 36.00 |
| Employee Taxes | 216.32 | 7,998.71 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Classic Health Plan | 30.00 | 1,077.62 |
| Dental | 3.00 | 107.62 |
| Long Term Disability | 3.58 | 128.88 |
| Vision | 1.02 | 36.53 |
| Deductions | 37.60 | 1,350.65 |

### Employer Paid Benefits & Taxes

| Description | Amount | YTD |
|---|---|---|
| Classic Health ER Cont | 116.54 | 4,186.54 |
| Dental PPO ER Con | 3.00 | 107.62 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 12.34 | 452.68 |
| OASDI (Federal) | 52.74 | 1,935.59 |
| SUI - ER Paid (Pennsylvania) | 0.00 | 213.37 |
| Employer Paid Benefits & Taxes | 184.62 | 6,937.80 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 850.60 | 31,219.15 |
| Medicare - Taxable Wages | 850.60 | 31,219.15 |
| Federal Withholding - Taxable Wages | 850.60 | 31,219.15 |
| State Tax Taxable Wages - PA | 850.60 | 31,219.15 |
| City Tax Taxable Wages - OAKMT | 850.60 | 31,219.15 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 10 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| The Bancorp Bank | Chime | ******2673 | | 630.70 USD |

**Speedway LLC    500 Speedway Drive Enon, OH 45323    +1 888-225-5735**

| Name | Pay Rate Type | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cori Shrader | Salary | | 08/18/2022 | 08/24/2022 | 08/31/2022 | |

| | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 884.63 | 216.31 | 37.60 | 630.72 |
| YTD | 31,556.30 | 7,782.39 | 1,313.05 | 22,460.86 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | 08/18/2022 - 08/24/2022 | 10 | 17.6923 | 176.93 | 353.86 |
| Holiday Allowed | | | 0 | | 176.93 |
| Lead Assistant Mgr Bonus | | | 0 | | 594.55 |
| Regular | 08/18/2022 - 08/24/2022 | 40 | 0 | 707.70 | 28,042.46 |
| Sick Pay | | | 0 | | 1,061.55 |
| Vacation | | | 0 | | 1,256.18 |
| Vacation Carryover | | | 0 | | 70.77 |
| Earnings | | | | 884.63 | 31,556.30 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 52.74 | 1,882.85 |
| Medicare | 12.33 | 440.34 |
| Federal Withholding | 88.08 | 3,211.94 |
| State Tax - PA | 36.11 | 1,282.22 |
| SUI-Employee Paid - PA | 0.53 | 18.93 |
| City Tax - OAKMT | 25.52 | 911.11 |
| PA LST - OAKMT | 1.00 | 35.00 |
| Employee Taxes | 216.31 | 7,782.39 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Classic Health Plan | 30.00 | 1,047.62 |
| Dental | 3.00 | 104.62 |
| Long Term Disability | 3.58 | 125.30 |
| Vision | 1.02 | 35.51 |
| Deductions | 37.60 | 1,313.05 |

### Employer Paid Benefits & Taxes

| Description | Amount | YTD |
|---|---|---|
| Classic Health ER Cont | 116.54 | 4,070.00 |
| Dental PPO ER Con | 3.00 | 104.62 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 12.33 | 440.34 |
| OASDI (Federal) | 52.74 | 1,882.85 |
| SUI - ER Paid (Pennsylvania) | 0.00 | 213.37 |
| Employer Paid Benefits & Taxes | 184.61 | 6,753.18 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 850.61 | 30,368.55 |
| Medicare - Taxable Wages | 850.61 | 30,368.55 |
| Federal Withholding - Taxable Wages | 850.61 | 30,368.55 |
| State Tax Taxable Wages - PA | 850.61 | 30,368.55 |
| City Tax Taxable Wages - OAKMT | 850.61 | 30,368.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 10 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| The Bancorp Bank | Chime | ******2673 | | 630.72 USD |

**Speedway LLC  500 Speedway Drive Enon, OH 45323  +1 888-225-5735**

| Name | Pay Rate Type | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cori Shrader | Salary | | 08/11/2022 | 08/17/2022 | 08/24/2022 | |

| | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 884.62 | 216.30 | 37.60 | 630.72 |
| YTD | 30,671.67 | 7,566.08 | 1,275.45 | 21,830.14 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | 0 | | | 176.93 |
| Holiday Allowed | | 0 | | | 176.93 |
| Lead Assistant Mgr Bonus | | 0 | | | 594.55 |
| Regular | 08/11/2022 - 08/17/2022 | 50 | 0 | 884.62 | 27,334.76 |
| Sick Pay | | 0 | | | 1,061.55 |
| Vacation | | 0 | | | 1,256.18 |
| Vacation Carryover | | 0 | | | 70.77 |
| Earnings | | | | 884.62 | 30,671.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 52.73 | 1,830.11 |
| Medicare | 12.33 | 428.01 |
| Federal Withholding | 88.08 | 3,123.86 |
| State Tax - PA | 36.11 | 1,246.11 |
| SUI-Employee Paid - PA | 0.53 | 18.40 |
| City Tax - OAKMT | 25.52 | 885.59 |
| PA LST - OAKMT | 1.00 | 34.00 |
| Employee Taxes | 216.30 | 7,566.08 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Classic Health Plan | 30.00 | 1,017.62 |
| Dental | 3.00 | 101.62 |
| Long Term Disability | 3.58 | 121.72 |
| Vision | 1.02 | 34.49 |
| Deductions | 37.60 | 1,275.45 |

### Employer Paid Benefits & Taxes

| Description | Amount | YTD |
|---|---|---|
| Classic Health ER Cont | 116.54 | 3,953.46 |
| Dental PPO ER Con | 3.00 | 101.62 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 12.33 | 428.01 |
| OASDI (Federal) | 52.73 | 1,830.11 |
| SUI - ER Paid (Pennsylvania) | 0.00 | 213.37 |
| Employer Paid Benefits & Taxes | 184.60 | 6,568.57 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 850.60 | 29,517.94 |
| Medicare - Taxable Wages | 850.60 | 29,517.94 |
| Federal Withholding - Taxable Wages | 850.60 | 29,517.94 |
| State Tax Taxable Wages - PA | 850.60 | 29,517.94 |
| City Tax Taxable Wages - OAKMT | 850.60 | 29,517.94 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | .10 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| The Bancorp Bank | Chime | ******2673 | | 630.72 USD |

Speedway LLC    500 Speedway Drive Enon, OH 45323    +1 888-225-5735

| Name | Pay Rate Type | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cori Shrader | Salary | | 08/04/2022 | 08/10/2022 | 08/17/2022 | |

| | | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | | 884.62 | 216.32 | 37.60 | 630.70 |
| YTD | | 29,787.05 | 7,349.78 | 1,237.85 | 21,199.42 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 176.93 |
| Holiday Allowed | | | 0 | | 176.93 |
| Lead Assistant Mgr Bonus | | | 0 | | 594.55 |
| Regular | 08/04/2022 - 08/10/2022 | 50 | 0 | 884.62 | 26,450.14 |
| Sick Pay | | | 0 | | 1,061.55 |
| Vacation | | | 0 | | 1,256.18 |
| Vacation Carryover | | | 0 | | 70.77 |
| Earnings | | | | 884.62 | 29,787.05 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 52.74 | 1,777.38 |
| Medicare | 12.34 | 415.68 |
| Federal Withholding | 88.08 | 3,035.78 |
| State Tax - PA | 36.11 | 1,210.00 |
| SUI-Employee Paid - PA | 0.53 | 17.87 |
| City Tax - OAKMT | 25.52 | 860.07 |
| PA LST - OAKMT | 1.00 | 33.00 |
| Employee Taxes | 216.32 | 7,349.78 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Classic Health Plan | 30.00 | 987.62 |
| Dental | 3.00 | 98.62 |
| Long Term Disability | 3.58 | 118.14 |
| Vision | 1.02 | 33.47 |
| Deductions | 37.60 | 1,237.85 |

### Employer Paid Benefits & Taxes

| Description | Amount | YTD |
|---|---|---|
| Classic Health ER Cont | 116.54 | 3,836.92 |
| Dental PPO ER Con | 3.00 | 98.62 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 12.34 | 415.68 |
| OASDI (Federal) | 52.74 | 1,777.38 |
| SUI - ER Paid (Pennsylvania) | 0.00 | 213.37 |
| Employer Paid Benefits & Taxes | 184.62 | 6,383.97 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 850.60 | 28,667.34 |
| Medicare - Taxable Wages | 850.60 | 28,667.34 |
| Federal Withholding - Taxable Wages | 850.60 | 28,667.34 |
| State Tax Taxable Wages - PA | 850.60 | 28,667.34 |
| City Tax Taxable Wages - OAKMT | 850.60 | 28,667.34 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 10 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| The Bancorp Bank | Chime | ******2673 | | 630.70 USD |

**Speedway LLC   500 Speedway Drive Enon, OH 45323   +1 888-225-5735**

| Name | Pay Rate/Type | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cori Shrader | Salary | | 07/28/2022 | 08/03/2022 | 08/10/2022 | |

| | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,034.68 | 269.51 | 37.60 | 727.57 |
| YTD | 28,902.43 | 7,133.46 | 1,200.25 | 20,568.72 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 176.93 |
| Holiday Allowed | | | 0 | | 176.93 |
| Lead Assistant Mgr Bonus | 05/01/2022 - 05/31/2022 | 0 | 0 | 150.06 | 594.55 |
| Regular | 07/28/2022 - 08/03/2022 | 30 | 0 | 530.77 | 25,565.52 |
| Sick Pay | | | 0 | | 1,061.55 |
| Vacation | 07/28/2022 - 08/03/2022 | 20 | 17.6923 | 353.85 | 1,256.18 |
| Vacation Carryover | | | 0 | | 70.77 |
| Earnings | | | | 1,034.68 | 28,902.43 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 62.04 | 1,724.64 |
| Medicare | 14.51 | 403.34 |
| Federal Withholding | 120.60 | 2,947.70 |
| State Tax - PA | 40.72 | 1,173.89 |
| SUI-Employee Paid - PA | 0.62 | 17.34 |
| City Tax - OAKMT | 30.02 | 834.55 |
| PA LST - OAKMT | 1.00 | 32.00 |
| Employee Taxes | 269.51 | 7,133.46 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Classic Health Plan | 30.00 | 957.62 |
| Dental | 3.00 | 95.62 |
| Long Term Disability | 3.58 | 114.56 |
| Vision | 1.02 | 32.45 |
| Deductions | 37.60 | 1,200.25 |

### Employer Paid Benefits & Taxes

| Description | Amount | YTD |
|---|---|---|
| Classic Health ER Cont | 116.54 | 3,720.38 |
| Dental PPO ER Con | 3.00 | 95.62 |
| FUI (Federal) | 0.00 | 42.00 |
| Medicare (Federal) | 14.51 | 403.34 |
| OASDI (Federal) | 62.04 | 1,724.64 |
| SUI - ER Paid (Pennsylvania) | 0.00 | 213.37 |
| Employer Paid Benefits & Taxes | 196.09 | 6,199.35 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,000.66 | 27,816.74 |
| Medicare - Taxable Wages | 1,000.66 | 27,816.74 |
| Federal Withholding - Taxable Wages | 1,000.66 | 27,816.74 |
| State Tax Taxable Wages - PA | 1,000.66 | 27,816.74 |
| City Tax Taxable Wages - OAKMT | 1,000.66 | 27,816.74 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 10 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| The Bancorp Bank | Chime | ******2673 | | 727.57 USD |

Speedway LLC    500 Speedway Drive Enon, OH 45323    +1 888-225-5735

| Name | Pay Rate Type | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Cori Shrader | Salary | | | 07/21/2022 | 07/27/2022 | 08/03/2022 | |

| | | | | Gross Pay | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | | | | 884.62 | 216.31 | 37.60 | 630.71 |
| YTD | | | | 27,867.75 | 6,863.95 | 1,162.65 | 19,841.15 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 176.93 | OASDI | 52.74 | 1,662.60 |
| Holiday Allowed | | | 0 | | 176.93 | Medicare | 12.33 | 388.83 |
| Lead Assistant Mgr Bonus | | | 0 | | 444.49 | Federal Withholding | 88.08 | 2,827.10 |
| Regular | 07/21/2022 - 07/27/2022 | 20 | 0 | 353.85 | 25,034.75 | State Tax - PA | 36.11 | 1,133.17 |
| Sick Pay | | | 0 | | 1,061.55 | SUI-Employee Paid - PA | 0.53 | 16.72 |
| Vacation | 07/21/2022 - 07/27/2022 | 30 | 17.6923 | 530.77 | 902.33 | City Tax - OAKMT | 25.52 | 804.53 |
| Vacation Carryover | | | 0 | | 70.77 | PA LST - OAKMT | 1.00 | 31.00 |
| Earnings | | | | 884.62 | 27,867.75 | Employee Taxes | 216.31 | 6,863.95 |

| Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Classic Health Plan | 30.00 | 927.62 |
| Dental | 3.00 | 92.62 |
| Long Term Disability | 3.58 | 110.98 |
| Vision | 1.02 | 31.43 |
| Deductions | 37.60 | 1,162.65 |

| Employer Paid Benefits & Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Classic Health ER Cont | 116.54 | 3,603.84 | OASDI - Taxable Wages | 850.60 | 26,816.08 |
| Dental PPO ER Con | 3.00 | 92.62 | Medicare - Taxable Wages | 850.60 | 26,816.08 |
| FUI (Federal) | 0.00 | 42.00 | Federal Withholding - Taxable Wages | 850.60 | 26,816.08 |
| Medicare (Federal) | 12.33 | 388.83 | State Tax Taxable Wages - PA | 850.60 | 26,816.08 |
| OASDI (Federal) | 52.74 | 1,662.60 | City Tax Taxable Wages - OAKMT | 850.60 | 26,816.08 |
| SUI - ER Paid (Pennsylvania) | 0.00 | 213.37 | | | |
| Employer Paid Benefits & Taxes | 184.61 | 6,003.26 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 10 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Amount |
| The Bancorp Bank | Chime | | ******2673 | | 630.71   USD |