IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 22-22317-GLT |
| Cori A. Shrader | : | |
|     Debtor | : | Chapter 13 |
| _____ | : | |
| Cori A. Shrader | : | |
|     Movant | : | Scheduled Hearing Date: |
| vs | : | December 10, 2025 at 10:00 a.m. |
| Goldman Sachs Bank USA | : | |
|     Respondent | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO AVOID JUDGMENT**
**DOCKET NO. 36**

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judgment filed on November 5, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Judgment appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judgment were to be filed and served no later than November 22, 2025.

    It is hereby requested that the Order attached to the Motion to Avoid Judgment be entered by the Court.

Dated: November 25, 2025                    By: /s/ Michael C. Eisen
                                                            Michael C. Eisen, Esquire
                                                            M. EISEN & ASSOCIATES, P.C.
                                                            404 McKnight Park Drive
                                                            Pittsburgh, PA 15237
                                                            412-367-6005
                                                            PA ID# 74523
                                                            attorneyeisen@yahoo.com