Case 22-22317-GLT    Doc 40    Filed 12/11/25    Entered 12/11/25 11:31:34    Desc Main
Document      Page 1 of 2

FILED
12/11/25 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-22317-GLT |
| | : | Chapter: 13 |
| Cori M. Shrader | : | |
| | : | |
| | : | Date: 12/10/2025 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**    #36 - Motion to Avoid Lien with Goldman Sachs Bank USA
[Response due 11/22/2025]

[The Court is inclined to deny the *Motion to Avoid Judgment* [Dkt.No. 36] in part for failure to state a claim for complete relief as to the Debtor's real estate. In particular, the sum of the judgment lien ($6,179.30), all other liens on the property ($55,329.11 mortgage plus $1,731.10 municipal lien) and the claimed exemption ($27,900) is $91,139.50 while the Debtor's alleged interest in the property is $90,000. Based on these figures, the challenged lien impairs the Debtor's exemption by $1,139.51. While this would certainly justify a reduction of the judgment lien under section 522(f) for that amount, it appears sufficient value exists to justify a residual lien amount of $5,039.79 without impairing the Debtor's exemption]

**APPEARANCES**:
   Debtor:    Michael C. Eisen

[10:29]
**NOTES:**

Eisen: Your Honor, I totally understand your calculation. I am not saying that isn't accurate. I was hoping that even $1 impairs their exemption that this lien could be avoided. I see you bifurcated. I was thinking this would be something the creditor would bring this up, not you. The deed is still in the wife and former husband's name.

Court: So, you said former spouse?

Eisen: Yes.

Court: So, they are no longer tenants by the entireities?

Eisen: Correct.

Court: I have to review the motions as they are filed. If you wish for the Court to consider the former spouse issue, I welcome you to amend the motion.

Eisen: Could this be continued five to six weeks?

Winnecour: This case was due to complete in December.

Court: Has there been a property settlement agreement?

Eisen: There has been a property settlement agreement. From her representation she said the husband would agree to pay the mortgage until paid off or until the wife remarried.

**OUTCOME:**

    1. On or before January 16, 2026, the Debtor is granted leave to file an amended motion to avoid lien and serve the motion and notice of hearing on the respondent creditor. If an amended motion to avoid lien is timely filed, the continued hearing shall be held on February 11, 2026. [Text Order]

**DATED:** 12/10/2025