IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 22-22317-GLT |
| Cori A. Shrader | : | |
|     Debtor | : | Chapter 13 |
| _____ | : | |
| Cori A. Shrader | : | |
|     Movant | : | Scheduled Hearing Date: |
| vs | : | February 11, 2026 at 10:00 a.m. |
| Goldman Sachs Bank USA | : | |
|     Respondent | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**AMENDED MOTION TO AVOID JUDGMENT**
**DOCKET NO. 42**

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Amended Motion to Avoid Judgment filed on January 15, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Amended Motion to Avoid Judgment appears thereon. Pursuant to the Notice of Hearing, objections to the Amended Motion to Avoid Judgment were to be filed and served no later than February 1, 2026.

    It is hereby requested that the Order attached to the Amended Motion to Avoid Judgment be entered by the Court.

Dated: February 3, 2026        By: /s/ Michael C. Eisen
                                             Michael C. Eisen, Esquire
                                             M. EISEN & ASSOCIATES, P.C.
                                             404 McKnight Park Drive
                                             Pittsburgh, PA 15237
                                             412-367-6005
                                             PA ID# 74523
                                             attorneyeisen@yahoo.com