IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| \In Re: | : | |
| Cori A. Shrader | : | Case No. 22-22317-GLT |
| Debtor | : | Chapter 13 |
| _____ | : | |
| Cori A. Shrader | : | |
| Movant | : | Related to Docket No. 45 |
| vs | : | |
| Goldman Sachs Bank USA | : | |
| Respondent | : | |
| | : | |

**CERTIFICATE OF SERVICE OF THE ORDER ON AMENDED MOTION FOR AVOIDANCE OF JUDGMENT**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) February 5, 2026

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification, first class mail and certified mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>1000 Liberty Ave<br>Ste 1316<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov<br>Via electronic notification | Ronda J. Winnecour, Esq.<br>Ste 3250, U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com<br>Via electronic notification | Cori Shrader<br>1365 Kinmount Street<br>Pittsburgh, PA 15205<br>Via first class mail |
| Thomas J. Nolan, Jr., Esq.<br>Zwicker & Associates PC<br>3220 Tillman Drive, Ste 215<br>Bensalem, PA 19020<br>Via first class mail | Goldman Sachs Bank USA<br>Attn: Kathryn Ruemmler, CLO<br>200 West Street<br>New York, NY 10282<br>Via first class mail | Velocity Investments LLC<br>by AIS InfoSource LP as Agent<br>Attn: Samir Vaghela<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118<br>Via first class mail |
| Thomas J. Nolan, Jr., Esq.<br>Zwicker & Associates, PC<br>80 Minuteman Road<br>Andover, MA 01810<br>Via first class mail | | |

February 5, 2026                          /s/ Michael C. Eisen
                                                             Michael C. Eisen, Esquire
                                                             PA ID#74523
                                                             M. Eisen & Associates, P.C.
                                                             404 McKnight Park Drive
                                                             Pittsburgh, PA 15237
                                                             412-367-9005
                                                             attorneyeisen@yahoo.com