FILED
2/3/26 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 22-22317-GLT |
| Cori A. Shrader | : | |
|     Debtor | : | Chapter 13 |
| _____ | : | |
| Cori A. Shrader | : | |
|     Movant | : | Scheduled Hearing Date: |
| vs | : | February 11, 2026 at 10:00 a.m. |
| Goldman Sachs Bank USA | : | |
|     Respondent | : | Related to Docket No. 42 |
| | : | |

**ORDER ON AMENDED MOTION FOR
AVOIDANCE OF JUDGMENT**

NOW, this 3rd Day of February _2026, upon consideration of the Debtor's amended Motion for Avoidance of Judgment Lien and an opportunity for a hearing, it is ORDERED that the above captioned Motion is granted. The judgment held by Respondent, Goldman Sachs Bank USA is avoided in its entirety. The personal and real property of the Debtor shall be, and hereby is, released from the judgment and/or security interests of Goldman Sachs Bank USA at docket no. AR-22-001193.

Upon entry of a discharge order in this case, a copy of this order and the discharge order shall be filed with the Prothonotary of Allegheny County, Pennsylvania. The Prothonotary shall mark its records as the judgment being satisfied, avoided, and released

Within two business days of this Order, the Movant shall serve a copy of the Order on Respondent, Goldman Sachs Bank USA and file a corresponding certificate of service

The Relief provided in this Order is subject to 11. U.S.C. §348(f) and §349 (b) in the event the main bankruptcy case is dismissed or converted to a Chapter 7 proceeding

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22317-GLT |
| Cori M. Shrader | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Feb 03, 2026      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cori M. Shrader, 1365 Kinmount Street, Pittsburgh, PA 15205-3951 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michael C. Eisen | on behalf of Debtor Cori M. Shrader attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 — User: auto — Page 2 of 2
Date Rcvd: Feb 03, 2026 — Form ID: pdf900 — Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6