**Fill in this information to identify the case:**

Debtor 1    **CORI M. SHRADER**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Western District of Pennsylvania**

(State)

Case Number    **22-22317GLT**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   ROCKET MORTGAGE LLC FKA QUICKEN LOANS LLC

**Court claim no.**  (if known):
5

**Last 4 digits** of any number you use to identify the debtor's account:    4  7  6  9

**Property Address:**    1365 KINMOUNT ST
Number        Street

PITTSBURGH                                                        PA      15205
City                                                            State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $            -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $            -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $            -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $            -0- |

| Part 4: | Postpetition Payment |
|---------|----------------------|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☒ Other: Clarification: Paid directly by non-filing co-borrower

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:              $_____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|-------------------------------------------|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:              $_____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---------|--------------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour                                    Date    03/02/2026
Signature

Trustee      Ronda J. Winnecour
             First Name          Middle Name          Last Name

Address      CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
             Number      Street

             PITTSBURGH                          PA      15219
             City                                State   ZIP Code

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

Debtor 1   **SHRADER** _____   Case Number **22-22317GLT** _____   Page 1
Name

# History Of Payments

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | | | | Total for Claim Number : | 0.00 |
| | | | | **Total for :** | **0.00** |

## Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

CORI M. SHRADER
1365 KINMOUNT STREET
PITTSBURGH, PA  15205

MICHAEL C EISEN ESQ
M EISEN AND ASSOCIATES PC
404 MCKNIGHT PARK DR
PITTSBURGH, PA  15237

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

ROCKET MORTGAGE LLC FKA QUICKEN
LOANS LLC
635 WOODWARD AVE
DETROIT, MI  48226

Dated: 03/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee