## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

CORI M. SHRADER

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
    vs.
No Respondents.

Case No.:22-22317

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/22/2022  and confirmed on 1/25/23 .  The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,743.00 |
| Less Refunds to Debtor | 840.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,903.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,500.00 | |
| Trustee Fee | 867.84 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,367.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 1,731.10 | 1,731.10 | 461.74 | 2,192.84 |
| Acct: D376 | | | | |
| WESTLAKE SERVICES LLC** | 6,029.04 | 6,029.04 | 380.22 | 6,409.26 |
| Acct: 6541 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4769 | | | | |
| | | | | 8,602.10 |
| **Priority** | | | | |
| MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CORI M. SHRADER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CORI M. SHRADER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CORI M. SHRADER | 840.00 | 840.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M EISEN AND ASSOCIATES PC | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5872 | | | | |
| BRIDGECREST CREDIT COMPANY LLC | 2,896.10 | 256.50 | 0.00 | 256.50 |
| Acct: 7901 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 403.37 | 35.73 | 0.00 | 35.73 |
| Acct: 0563 | | | | |
| CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4959 | | | | |
| LVNV FUNDING LLC | 1,037.96 | 91.93 | 0.00 | 91.93 |
| Acct: 2481 | | | | |
| VELOCITY INVESTMENTS LLC BY AIS INF( | 6,179.30 | 547.28 | 0.00 | 547.28 |
| Acct: 7013 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |

22-22317

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0192 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 18.31 | 1.62 | 0.00 | 1.62 |
| Acct: 0703 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3000 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZWICKER & ASSOCIATES PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 933.06 |

TOTAL PAID TO CREDITORS                                                          9,535.16

TOTAL CLAIMED
PRIORITY              0.00
SECURED           7,760.14
UNSECURED        10,535.04

Date: 04/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    CORI M. SHRADER<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>        Movant<br>      vs.<br>No Repondents. | Case No.:22-22317<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22317-GLT |
| Cori M. Shrader | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 28, 2026 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cori M. Shrader, 1365 Kinmount Street, Pittsburgh, PA 15205-3951 |
| 15548692 | + | AHN Neighborhood Hospital, PO Box 734897, Dallas, TX 75373-4897 |
| 15548698 | + | Pittsburgh Water & Sewer Authority, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2026 00:57:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Apr 29 2026 00:46:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15548693 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 29 2026 00:48:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15564909 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 29 2026 00:48:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15548694 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:58:11 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15557858 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:58:11 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15548696 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2026 00:57:49 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15566399 | + | Email/Text: jdryer@bernsteinlaw.com | Apr 29 2026 00:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15548697 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 29 2026 00:46:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 15551352 | | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 00:58:35 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 15558222 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 00:57:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15572385 | + | Email/Text: ebnpwsa@grblaw.com | Apr 29 2026 00:46:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15548699 | + | Email/Text: ngisupport@radiusgs.com | Apr 29 2026 00:46:00 | Radius Global Solutions, PO Box 390846, |

District/off: 0315-2                           User: auto                                   Page 2 of 3

Date Rcvd: Apr 28, 2026                        Form ID: pdf900                              Total Noticed: 23

|  |  |  |  | Minneapolis, MN 55439-0846 |
|---|---|---|---|---|
| 15560377 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Apr 29 2026 00:48:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15549275 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2026 00:58:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15548700 | + | Email/Text: bkfilings@zwickerpc.com | Apr 29 2026 00:48:00 | Thomas J. Nolan, Jr., Esq., Zwicker & Associates, PC, 3220 Tillman Drive, Ste 215, Bensalem, PA 19020-2028 |
| 16554336 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 00:57:54 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15548701 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 29 2026 00:46:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 15557265 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 00:58:18 | Westlake Services LLC c/o Resurgent Capital Servic, PO Box 3427, Greenville, SC 29602-3427 |
| 15548702 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 29 2026 00:47:00 | Westlakle Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15548695 | ##+ | Credit Control Collections, 2410 Broad Ave, Altoona, PA 16601-1940 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Matthew Fissel |  |

District/off: 0315-2                         User: auto                                    Page 3 of 3
Date Rcvd: Apr 28, 2026                      Form ID: pdf900                               Total Noticed: 23

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michael C. Eisen

on behalf of Debtor Cori M. Shrader attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 6